UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-00101-D-1

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| v. | ) | **ORDER** |
| SHAWN QUINN, Defendant. | ) |  |

This matter came before the undersigned United States District Judge, upon motion filed by defense counsel seeking an order to withdraw the Motion to Suppress and Incorporated Memorandum of Law, filed on July 7, 2021 [D.E. 35].

It is hereby Ordered that the Motion to Withdraw defendant's Motion to Suppress is ALLOWED.

SO ORDERED this the __29__ day of __July__, 2021.

JAMES C. DEVER III
United States District Judge