## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## DOCKET NO. 5:21-CR-101-1D

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Shawn Quinn** | ) | |
| | ) | |

On November 30, 2021, Shawn Quinn appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to charge Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), was sentenced to the custody of the Bureau of Prisons for a term of 30 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Shawn Quinn was released from custody and the term of supervised release commenced on December 16, 2022.

From evidence presented at the revocation hearing on December 11, 2025, the court finds as a fact that Shawn Quinn, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months. This sentence shall run consecutively to any sentence imposed in case number 5:24-CR-138-1D. The term of supervised release in case number 5:21-CR-101-1D is terminated.

**IS RECOMMENDED** that the defendant be incarcerated at FCI Butner.

**IT IS FURTHER RECOMMENDED** that the defendant receive vocational education training during the defendant's period of incarceration.

**IT IS FURTHER RECOMMENDED** that the defendant receive the most intensive substance abuse treatment available while incarcerated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of February, 2026.

James C. Dever III
U.S. District Judge